Stipulation of Dismissal with prejudiced granted.

It is so ordered.
s/James G. Carr
Sr. U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **DAVID PHILLIPS,** | : |
| Plaintiff, | : |
| | : Case No. 3:21-cv-00529-JGC |
| v. | : |
| | : Judge James G. Carr |
| **ANCHOR GLASS CONTAINER,** | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiff and Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of this case in its entirety and with prejudice.  Plaintiff and Defendant further stipulate that all claims asserted in this case are dismissed in their entirety and with prejudice.  Plaintiff and Defendant further stipulate that they shall bear their own costs, expenses and fees including, but not limited to, attorneys' fees.  Therefore, the case should be dismissed with prejudice, with each party bearing its own costs, expenses and fees, including, but not limited to, attorneys' fees.